7/26/04

TO WHOM IT MAY CONCERN,

U.S.A. VS WILLIAM G. CALDWELL

I AM IN THE PROCESS OF TRYING TO CONSOLIDATE THE DEBT I OWE TO THE US. GOVERNMENT. AN APPLICATION HAS BEEN APPLIED FOR WITH THE WILLIAM FORD FOUNDATION. I HAVE BEEN WORKING WITH NANCY ROJAS AT THE US ATTORNEYS OFFICE (617) 748-3258 TO RESOLVE THIS MATTER: COURT #0-10412-RGS

PLEASE DO NOT LET THIS DEFAULT. PLEASE GRANT ME MORE TIME TO RESOLVE THIS MATTER. SINCERELY

William H Caldwell
978-692-5411