## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                               CIVIL ACTION NO. 04-10412-RGS

WILLIAM G. CALDWELL

# O R D E R

STEARNS, DJ.                                 SEPTEMBER 14, 2005

      THE UNITED STATES OF AMERICA IS HEREBY ORDERED TO FILE

A WRITTEN "STATUS REPORT" WITH THIS COURT, ON OR BEFORE

      <u>OCTOBER 7, 2005</u>

      FAILURE TO COMPLY WILL  RESULT IN THE IMMEDIATE

DISMISSAL OF THE ABOVE-CAPTIONED ACTION.

      SO ORDERED.

                             RICHARD G. STEARNS
                             UNITED STATES DISTRICT JUDGE

                BY:

                          /s/ Mary H. Johnson
                           Deputy Clerk

TO: AUSA Donato