UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-10412-RGS |
| | ) | |
| WILLIAM G. CALDWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREEMENT FOR JUDGMENT

The plaintiff, the United States of America (hereinafter "United States"), and the defendant, William G. Caldwell (hereinafter "Caldwell"), hereby agree to entry of judgment against Caldwell in the amount of $97,354.83, which includes the principal amount of $92,813.24; plus $4,541.59 accrued interest at the rate of 4.0% percent on the debt through and including February 20, 2004, with interest at the legal rate on the amount of this judgment from the date of its entry to the date of its satisfaction.

1. The United States and Caldwell agree to entry of this judgment on the following terms and conditions:

    a. Caldwell will make monthly payments in the amount of $500.00 commencing on April 15, 2005.

    b. Interest shall accrue at the post-judgment interest rate until paid in full.

    c. In no event shall the monthly payments be less than $500.00.

    d. Checks shall be payable to the Department of Justice.

2. Caldwell is required to submit a personal financial statement, which is issued by the Department of Justice, on or before the judgment anniversary date of each year. It shall be the responsibility of Caldwell to obtain a copy of the personal financial

statement from the United States Attorney's Financial Litigation Unit.

3. All payments are due by the 15th day of each month. There is a grace period of five (5) days including holidays and Sunday to make monthly payments.

4. A material default occurs if Caldwell fails to satisfy any of the conditions set forth in Paragraph 1 through 3.

5. A material default also occurs if Caldwell makes any false statements to the United States regarding Caldwell's financial condition.

6. IF A MATERIAL DEFAULT OCCURS, THE TERMS OF PARAGRAPH ONE (1) ARE VOID AND THE ENTIRE AMOUNT OF JUDGMENT IS DUE IMMEDIATELY. THE UNITED STATES WILL USE ALL REMEDIES TO COLLECT THE FULL AMOUNT OF THE JUDGMENT, INCLUDING THOSE PURSUANT TO THE FEDERAL DEBT COLLECTIONS PROCEDURES ACT.

8. Upon entry of the judgment, the United States may take whatever action is necessary to perfect a lien on such judgment under federal and state law.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| Dated: August 19, 2005 | Dated: 8/30/05 |
| UNITED STATES OF AMERICA<br>By its attorneys | |
| MICHAEL J. SULLIVAN<br>United States Attorney | |
| By:<br>CHRISTOPHER R. DONATO<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3288 | William G. Caldwell |

2